IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 25-mj-732 ECW |
|  | Date: October 24, 2025 |
| Kyle Langner, | Courthouse: St. Paul |
|  | Courtroom: 3C |
| Defendant. | Time Commenced: 2:36 p.m. |
|  | Time Concluded: 2:39 p.m. |
|  | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: Syngen Kanassatega, Assistant U.S. Attorney
Defendant: Siri Carlson McDowell, Assistant Federal Defender
     X FPD          X To be appointed

     X Advised of Rights

on   Violation of   X Supervised Release
X Date charges or violation filed: October 17, 2025
X Current Offense: charged in Chisago County (13-CR-25-699); travelled outside the district without permission.
X **Charges from other District:**   Western District of Wisconsin
X Title and Code of underlying offense from other District:  Armed Bank Robbery in violation of 18:2113(a) and (d); Brandishing a Firearm During a Crime of Violence in violation of 18:924(c).
X Case no: 15-cr-104-jdp-1

X Government moves for a detention hearing.          X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday, October 28, 2025 at 11:00 a.m. before U.S. Magistrate Judge John F. Docherty in Courtroom 6A (STP) for:
X Detention hrg          X Preliminary Revocation

X Removal hearing waived. Order to be issued

_____ *s/nah*
Signature of Courtroom Deputy